
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | |
| Christopher Lee Gillis, | ) | |
| | ) | Case No. 1:08-cr-073 |
| Defendant. | ) | |

On December 8, 2008, the Defendant made his initial appearance in the above-entitled action and was arraigned. Attorney Paul Emerson appeared on behalf of the Government. Assistant Federal Public Defender Orell Schmitz was appointed as defense counsel and appeared on the Defendant's behalf.

Prior to his initial appearance, the Defendant was incarcerated by the State of North Dakota at the State penitentiary in Bismarck, North Dakota. After the indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), the Defendant's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

During the hearing, the Defendant's rights under the IADA to continued federal custody until the charges set forth in the indictment are adjudicated were explained to him. Defendant knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and stipulated to his continued housing by the State of North Dakota (the "sending state" under the IADA) at the North Dakota State Penitentiary pending trial of the charges on the indictment by the

United States (the "receiving state" under the IADA). The United States concurred in this stipulation.

Based on the foregoing stipulation of the Defendant and the United States and the Defendant's wavier of the anti-shuttling provisions of the IADA, **IT IS HEREBY ORDERED** that Defendant be housed in the "sending state" under the IADA, at North Dakota State penitentiary in Bismarck, North Dakota, pending trial of this matter or until further order of the court. Further, pursuant to the Defendant's waiver and stipulation, the return of the Defendant to his place of incarceration pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the indictment.

Dated this 8th day of December, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge